# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:22-CR-213-P |
| Defendant: | Emily Martin (04) |
| Interpreter: | N/A |
| Court Reporter: | DIGITAL |
| US attorney: | Shawn Smith |
| Defense attorney: | Pia Lederman |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | August 11, 2022 |
| Status: | The Defendant entered a plea of not guilty to the Indictment. Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*AUG 11 2022*
*CLERK, U.S. DISTRICT COURT*
*By_____ Deputy*

Other Information: