UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ORIGINAL**

FILED
MAR -2 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| VS | |
| EMILY MARTIN | 4:22-CR-213-P(04) |

## ORDER SETTING ADDITIONAL TERMS OF SUPERVISED RELEASE

The required Mandatory Conditions listed at 18 U.S.C. § 3583(d) and Section 5D1.3(a) of the Guidelines Manual, including:

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (check if applicable)

4. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

6. ☐ You must participate in an approved program for domestic violence. (check if applicable)

7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (check if applicable)

8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

AND

The discretionary Standard Conditions set forth by Miscellaneous Order No. 64, as well as the below-listed "Discretionary," "Special," and "Additional" Conditions listed at Sections 5D1.3(b), (d), and (e) of the Guidelines Manual—which, based on the facts and circumstances of the above-referenced case, are (A) reasonably related to the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), and (a)(2)(D); (B) involve no greater deprivation of liberty than is reasonably necessary for the purposes set forth in Section 3553(a)(2)(B), (a)(2)(C), and (a)(2)(D); and (C) consistent with any pertinent policy statements issued by the Sentencing Commission pursuant to 28 U.S.C. § 994(a) ("Notice"):

1. The defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered (copayment) at a rate of at least $25 per month. (Macro 24AFW)

2. The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month. (Macro 23AFW)

Signed _Emily Martin_____ Date _3/2/2023_
Emily Martin, Defendant